# Commonwealth ex rel. Meholchick, Appellant, *v.* Maroney.

Submitted November 14, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and KEIM, JJ.

*Raymond Meholchick,* appellant, in propria persona.

*Ralph J. Johnston,* Assistant District Attorney, and *Stephen A. Teller,* District Attorney, for appellee.

OPINION PER CURIAM, January 8, 1963:
The order of the lower court denying the appellant's petition for a writ of habeas corpus is affirmed.